UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES A. BOGGS                                                                              PLAINTIFF

VERSUS                                                     CIVIL ACTION NO. 1:05CV713-LG-RHW

JOHN FRENCH, et al                                                                        DEFENDANTS

## ORDER QUASHING DEPOSITIONS

Before the Court is Defendants' Motion to Quash the depositions of C. Ryan Burnes and Laurence L. Weddertrand noticed for January 16, 2006, and the depositions of Joseph Kahlert and unspecified officers of Meritplan and Balboa Insurance Companies noticed for January 17, 2006.

This cause was filed in State court on November 28, 2005. Defendants removed the case on December 29, 2005. Thus far, the parties have not made pre-discovery disclosure, nor have the parties conferred as required by Fed. R. Civ. P. 26(f). The case management conference for this case is scheduled for February 14, 2006. Counsel for Defendants also notes that he is scheduled to be in trial on January 17, 2006.

Based on the foregoing, the Court finds that the noticed depositions would be premature under the Federal Rules of Civil Procedure.

THEREFORE IT IS ORDERED AND ADJUDGED that Defendants' Motion to Quash is GRANTED, and that the depositions noticed for January 16 and 17, 2006, are hereby quashed.

SO ORDERED, this the 11th day of January, 2006.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE