# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CHARLES A. BOGGS**                                                                               **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO: 1:05CV713 LTS-RHW**

**JOHN FRENCH, ET AL.**                                                       **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motion of Plaintiff Charles A. Boggs to remand this action [10] is hereby **DENIED**;

That the claims against Defendant John French and against Defendant John French Insurance Agency, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 29th day of September, 2006.

Decided this 29th day of September, 2006.

                                                       s/ *L. T. Senter, Jr.*
                                                       L. T. Senter, Jr.
                                                       Senior Judge